# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIK VANDERBECK, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br> : <br> Respondent. : <br> : | Civil No. 18-4144 (FLW) <br><br> **MEMORANDUM AND ORDER** |

       Petitioner, Erik Vanderbeck ("Petitioner"), a federal prisoner presently incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey, is proceeding *pro se* with this Motion to Vacate, Set Aside, or Correct a Sentence, pursuant to 28 U.S.C. § 2255. (*See* ECF No. 1.) On December 11, 2018, the Court ordered Respondent to answer the petition within 45 days, thus setting a deadline of January 25, 2019. (*See* ECF No. 7.) Due to a lapse in congressional appropriations for funding parts of the federal government, Chief Judge Jose L. Linares, on December 27, 2018, issued Standing Order 18-4, which stayed, for 30 days or until funding was restored, most civil cases in this district to which the United States or its agencies or officers were party, including this proceeding. The federal government's funding was restored on January 25, 2019, and thus the stay implemented by Standing Order 18-4 is no longer in effect.

       Therefore, IT IS, on this 11th day of February 2019,

       ORDERED that Respondent shall file a full and complete Answer to the Motion within thirty (30) day s of the entry of this Order; and it is further

       ORDERED that Respondent shall raise by way of its Answer any appropriate defenses that it wishes the Court to consider, including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

ORDERED that the Answer shall be accompanied by certified copies of all notices, opinions, documents, transcripts, or recordings of any proceedings, including all documentation that may be material to the questions raised in the Motion; in lieu of providing certified copies, however, the Government may cite to the criminal docket by referencing the ECF docket entry number and the page; and it is further

ORDERED that Petitioner may file and serve a Reply in support of the Motion within forty-five (45) days after the Answer is filed; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order on petitioner by regular U.S. mail.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge